## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## _____ DIVISION

Kenneth Steagall

(Enter Above the Name of the Plaintiff in this Action)


vs.

Whitney Woods Homeowners Association, Inc, et al.

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Advanced Realty/Management Inc. (Tom Jones, Donald J. Acquista)

James and Carol Berutti

Paul and Tamara Myers



**2:22 CV 0046**

Judge Sargus

MAGISTRATE JUDGE DEAVERS


### COMPLAINT


I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Kenneth Steagall

Name - Full Name Please - PRINT

6062 Whitney Woods Ct.

Street Address

Columbus, OH 43213

City, State and Zip Code

614.402.4770

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.



Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Whitney Woods Homeowners Association Inc.
Name - Full Name Please

5350 East Livingston Ave. Columbus OH 43232
Address: Street, City, State and Zip Code

2. Tom Jones

5350 East Livingston Ave. Columbus OH 43232

3. Donald J. Acquista

5350 East Livingston Ave. Columbus OH 43232

4. James and Carol Berutti

6050 Whitney Woods Ct. Columbus OH 43213

5. Paul and Tamara Myers

6074 Whitney Woods Ct. Columbus OH 43213

6. _____

_____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

The involved parties include Whitney Woods Homeowners Association Inc, Advanced Realty Mangangment, Tom Jones, Donald J. Acquista, Jame/Carol Berutti, and Paul/Tamara Myers.

1. Selective Enforcement - No request was ever made or required for home improvements within the community
-Whenever complaints regarding neighbors trespassing, Advanced Realty Tom Jones told us to work it out amongst the neighbors
-(See attachment)

2. Harassment - Receiving letters from Whitney Woods Homeowner Association Tom Jones regarding assessment and legal fees
-Receiving letters from James/Carol Berutti and Paul/Tamara Myers threatening to remove and destroy our property
-(See Attachments)

3. Unfair Treatment - Enforcement of assessment fees
-(See Attachment)
)

4. Discrimination - (See Attachments)

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                                    Caption

_____        _____ vs. _____

_____        _____ vs. _____

_____        _____ vs. _____


V. Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

To review the civil rights evidence and to make a fair decision on said civil rights violation.

Also, to obtain previously requested records that were never provided to us, which is a violation to us

as homeowners (per Ohio Revised Code: Section 5312.07 which is a violation).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct.  Executed on

this __31__ day of _____December_____ , 20 _21_ .


_____
Signature of Plaintiff

-4-